# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **TYESHA N. ISOM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No.: 4:21-cv-00703-ALM-KPJ |
| | § | |
| **UNITED STATES SENATE, ET AL.** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 23, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #4) that this matter be dismissed without prejudice for lack of subject matter jurisdiction.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff Tyesha N. Isom's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
**SIGNED this 20th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE